UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-332 (1) (RHK/AJB) |
| Plaintiff, | |
| vs. | **ORDER EXTENDING PRESENTENCE REPORT OBJECTION DEADLINES** |
| Claude Anthony Miller, | |
| Defendant. | |

---

The presentence report in the above case was filed on April 28, 2006. Defense counsel has requested an extension of the deadlines for written objections and proposed amendments to the presentence report and filing of the position pleadings.

**IT IS HEREBY ORDERED** that:

1. Written correspondence identifying objections and proposed amendments to the presentence report, or correspondence adopting the findings of the report, are due in the U.S. Probation Office and office of opposing counsel on or before June 23, 2006;

2. Position pleadings, if required, are to be filed with the Clerk of U.S. District Court and served on the U.S. Probation Office and office of opposing counsel on or before June 30, 2006.

Dated: May 12, 2006
s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge